```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0166--CV (RRB)
              "CHENEGA LODGING LLC ET AL V UNITE HERE LOCAL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/13/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (720) Labor/Management Relations Act
                    LABOR AGREEMENT ENFORCEMENT ACTION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/13/05 receipt # 00126143
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | CHENEGA LODGING LLC | Parry E. Grover<br>Davis Wright et al<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501<br>907-257-5300<br>FAX 907-257-5399<br><br>Cameron Pierce<br>Littler Mendelson PC<br>3348 Peachtree Road<br>Suite 1100<br>Atlanta, GA 30326<br>404-233-0330 |
| PLF 2.1 | PARKSTRIP ROSEGARDEN HOTEL LLC | Parry E. Grover<br>(see above) |
| DEF 1.1 | UNITE HERE LOCAL 878 | Randall G. Simpson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0166--CV (RRB)
                       "CHENEGA LODGING LLC ET AL V UNITE HERE LOCAL"

                                     For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/13/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (720) Labor/Management Relations Act
                   LABOR AGREEMENT ENFORCEMENT ACTION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/13/05 receipt # 00126143
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/13/05 | Complaint for equitable relief and damages filed w/att exhs; Summons issued. |
| 2 - 1 | 07/20/05 | DEF 1 Attorney Appearance of R. Simpson. |
| 3 - 1 | 07/26/05 | PLF 1-2 Return of Service Executed re: DEF 1 on 7/18/05. |
| 4 - 1 | 08/02/05 | PLF 1-2; DEF 1 Stipulation for ext of time to 8/15/05 to file answer to complaint. |
| 4 - 2 | 08/08/05 | RRB Order granting stipulation for ext of time to 8/15/05 to file answer to complaint (4-1). cc: cnsl |
| 5 - 1 | 08/15/05 | DEF 1 Answer to Complaint. |
| 6 - 1 | 08/18/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 7 - 1 | 09/08/05 | PLF 1-2 Disclosure Statement. |
| 8 - 1 | 09/13/05 | PLF 1 Application for pro hac vice of Cameron Pierce w/att exhs. |
| 8 - 2 | 09/15/05 | RRB Order granting pro hac vice application of Cameron Pierce. cc: cnsl |
| 9 - 1 | 09/23/05 | RRB Minute Order a rule 16(b) minute order requiring a status report was issued. No timely report was file. Parties to file a 16(b) status rpt w/in 15 days. cc: cnsl |
| 10 - 1 | 09/28/05 | PLF 1-2; DEF 1 Scheduling & Planning Congerence Report. |
| 11 - 1 | 10/04/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/20/06; Dispositive motions deadline 04/21/06; Estimate of trial 4 days; TBC. cc: cnsl |