Randall G. Simpson
AK Bar No. 7710166
JERMAIN, DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK 99503-4098
Telephone (907) 563-8844

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>      Defendant. | Case No. A05-0166 CIV (RRB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a copy of ***Stipulation and Protective Order*** was mailed this 11th day of January, 2006 to:

>Parry E. Grover
>Davis Wright Tremaine LLP
>701 W. 8th Avenue, Suite 800
>Anchorage, AK 99501
>
>Cameron Pierce
>Littler Mendelson PC
>3348 Peachtree Road, Suite 1100
>Atlanta, GA 30326

>>*/s/ Katie Kadarauch*
>>Katie Kadarauch
>>Jermain Dunnagan & Owens, PC