Randall G. Simpson
AK Bar No. 7710166
JERMAIN, DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK 99503-4098
Telephone (907) 563-8844

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>    Defendant. | Case No. A05-0166 CIV (RRB) |

**ORDER
ON STIPULATION AND PROTECTIVE ORDER**

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to counsel of record for each party.

DONE this _____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322