UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>CHENEGA LODGING, et al.</u>   v.   <u>UNITE HERE LOCAL 878</u>

DATE:   <u>January 18, 2006</u>   CASE NO.   <u>A05-0166 CV (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
ADOPTING STIPULATION**

___

      IT IS HEREBY ORDERED that the parties shall comply with all the procedures agreed to in their Stipulation and Protective Order at Docket 12.

M.O. ADOPTING STIPULATION