# EXHIBIT A

## AGREEMENT OF EXPERT OR CONSULTANT
## TO BE BOUND BY PROTECTIVE ORDER

The undersigned, _____ (print or type name), an outside expert or consultant retained by _____ (print or type name or party or law firm), in connection with Case No. A05-166 CIV (RRB), hereby acknowledges that he or she has received a copy of the Protective Order entered in that action, which is attached hereto as Exhibit 1, has read the Order, understands it, and agrees to be bound by all the provisions thereof.

The undersigned further acknowledges that he or she has been given access to documents and/or testimony designated as confidential and agrees to be bound by all the provisions of said Protective Order applicable to such documents. The undersigned further agrees and consents to personal jurisdiction before the U.S. District Court for the District of Alaska, for purpose of interpreting and enforcing said Protective Order.

Dated this _____ day of _____, 2006.

_____
(Signature)

Exhibit A to Stipulation and Protective Order - 1
Case No. 3:05-cv-0166-RRB
86991v1 69112-1

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399