# EXHIBIT B

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned, _____ (print or type name), in connection with Case No. A05-166 CIV (RRB), acknowledges that he or she has received a copy of the Protective Order entered in that action, which is attached hereto as Exhibit 1, has read the order, understands it, and agrees to be bound by all the provisions thereof.  The undersigned further agrees and consents to personal jurisdiction before the U.S. District Court for District of Alaska for purposes of interpreting and enforcing said protective order.

Dated this _____ day of _____, 2006.

_____
(Signature)

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Exhibit B to Stipulation & Protective Order - 1
Case No. 3:05-cv-0166-RRB
86992v1