Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300, telephone
(907) 257-5399. facsimile
parrygrover@dwt.com

Attorneys for Plaintiffs Chenega Lodging, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, et al., ) | |
| ) | Case No. 3:05-cv-0166-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITE HERE LOCAL 878, affiliated ) | |
| with UNITE HERE INTERNATIONAL ) | ORDER ON STIPULATION AND |
| AFL-CIO, CLC, ) | PROTECTIVE ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

The parties having entered into a Stipulation and Protective Order

regarding discovery in this case, and having moved for an order of this court

implementing the Stipulation and Protective Order;

NOW, THEREFORE,

IT IS SO ORDERED.

Order - 1
Case No. 3:05-cv-0166-RRB
86990v1 69112-1

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

The Clerk is directed to send a copy of this Order to counsel of record for

1   each party.

2        DONE this _____ day of _____, 2006.

3

4

5                                    _____

                                     Ralph R. Beistline
6                                    U.S. District Court Judge

7

8   Certificate of Service

9   I certify that on the 18th day of January,
    2006, a true and correct copy of the
10  preceding document was sent by
    email to:
11
    Randall G. Simpson
12  rsimpson@jdolaw.com

13
    s/ Parry Grover
14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399