Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300, telephone
(907) 257-5399. facsimile
parrygrover@dwt.com

Attorneys for Plaintiffs Chenega Lodging, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>　　　　　Defendant.<br>_____ | Case No. 3:05-cv-0166-RRB<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DISCOVERY** |

　　　　The parties, through their undersigned counsel of record, hereby stipulate to extend discovery in the above-captioned case by two (2) months pursuant to Paragraph 7 of the court's Scheduling & Planning Order entered October 4, 2005. The extended discovery completion date will be May 19, 2006.

　　　　The discovery remaining to be completed during this extension includes the depositions of defendant witnesses Marvin Jones, Pat Giles and James Calhoun, and plaintiff witnesses Cameron Pierce and Peter Nosek (or other CR 36(b)(6)

witness identified by plaintiff).  Further discovery regarding plaintiff's damages may be necessary as a result of these depositions.  The parties anticipate that these depositions will be taken during the weeks of April 10 and 17, 2006.

Dated this ____ day of March, 2006.

> s/ Parry Grover
> Davis Wright Tremaine LLP
> 701 W. 8th Avenue, Suite 800
> Anchorage, Alaska  99501
> Phone:  907-257-5300
> Fax:  907-257-5399
> Email:  parrygrover@dwt.com
> Alaska Bar No.:  8006020

Dated this ____ day of March, 2006.

> s/ Randall G. Simpson (consent)
> Jermain, Dunnagan & Owens, PC
> 3000 A Street, Suite 300
> Anchorage, Alaska  99503
> Phone:  907-563-8844
> Fax:  907-563-7322
> Email:  rsimpson@jdolaw.com
> Alaska Bar No. 7710166

Certificate of Service

I hereby certify that on the ____ day of March, 2006, a true and correct copy of the foregoing document was served electronically on the following party:

Randall G. Simpson, Esq.
Jermain Dunnagan & Owens, PC

rsimpson@jdolaw.com

By: s/ Parry Grover

Stipulation to Extend Discovery - 2
87916v1 69112-1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399