Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399. facsimile
parrygrover@dwt.com

Attorneys for Plaintiffs Chenega Lodging, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>Defendant. | Case No. 3:05-cv-0166-RRB<br><br>**ORDER ON STIPULATION REGARDING EXTENSION OF TIME FOR DISCOVERY** |

The parties have stipulated to extend discovery in the above-captioned case by two (2) months, pursuant to Paragraph 7 of the court's Scheduling & Planning Order entered October 4, 2005, with the extended discovery completion date to be May 19, 2006.

NOW, THEREFORE,

IT IS SO ORDERED.

DONE this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

I certify that on the 14th day of March, 2006, a true and correct copy of the preceding document was sent by email to:

Randall G. Simpson
rsimpson@jdolaw.com

s/ Parry Grover

Order on Stipulation to Extend Discovery - 2
87925v1 69112-1