IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>    Defendant. | Case No. 3:05-cv-0166-TMB<br><br>**ORDER ON STIPULATION REGARDING EXTENSION OF TIME FOR DISCOVERY** |

The parties have stipulated to extend discovery in the above-captioned case by two (2) months, pursuant to Paragraph 7 of the Court's Scheduling & Planning Order entered October 4, 2005, with the extended discovery completion date to be May 19, 2006.

IT IS SO ORDERED.

DONE this <u>16th</u> day of <u>March</u>, 2006.

                                                /s/ Timothy M. Burgess
                                                Timothy M. Burgess
                                                U.S. District Court Judge