Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Plaintiffs Chenega Lodging, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>         Defendant. | Case No. 3:05-cv-0166-TMB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

COME NOW each of the parties to the above-captioned action, through their undersigned counsel of record, and stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that this action be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED this 22nd day of March, 2006.

    s/ Parry Grover
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
Phone:  907-257-5300
Fax:  907-257-5399
Email:  parrygrover@dwt.com
Alaska Bar No. 8006020

DATED this 22nd day of March, 2006.

    s/ Randall G. Simpson (consent)
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, Alaska  99503
Phone:  907-563-8844
Fax:  907-563-7322
Email:  rsimpson@jdolaw.com
Alaska Bar No. 7710166

Certificate of Service

I hereby certify that on the 22nd day of March, 2006, a true and correct copy of the foregoing document was served electronically on the following party:

Randall G. Simpson, Exq.
Jermain, Dunnagan & Owens, PC

rsimpson@jdolaw.com

By:  s/ Parry Grover

Stipulation for Dismissal Without Prejudice - 2
87987v1 69112-1