Parry Grover
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300, telephone
(907) 257-5399, facsimile
parrygrover@dwt.com

Attorneys for Plaintiffs Chenega Lodging, LLC, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHENEGA LODGING, LLC, d/b/a CLARION SUITES HOTEL and PARKSTRIP ROSEGARDEN HOTEL, LLC, d/b/a HAWTHORN SUITES HOTEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITE HERE LOCAL 878, affiliated with UNITE HERE INTERNATIONAL AFL-CIO, CLC,<br><br>    Defendant. | Case No. 3:05-cv-0166-TMB<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

The parties have stipulated to dismissal without prejudice with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE,

IT IS SO ORDERED.

DONE this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service

I certify that on the 22nd day of March, 2006, a true and correct copy of the foregoing document was sent electrically to the following party:

Randall G. Simpson
rsimpson@jdolaw.com

s/ Parry Grover

Order on Stipulation for Dismissal  2
87989v1 69112-1

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399